No. 79-6258. WILEY v. NATIONAL COLLEGIATE ATHLETIC ASSN. ET AL. C. A. 10th Cir. Certiorari denied.

No. 79-6260. WALKER v. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. C. A. 4th Cir. Certiorari denied.

No. 79-6262. JAFFER v. ONGIE, CLERK, CITY OF MIAMI. Sup. Ct. Fla. Certiorari denied.

No. 79-6264. CHRISTENSEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 79-6266. MORGAN v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79-6270. WILLIAMS v. DALSHEIM, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79-6271. JENKINS v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79-6275. PRICE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 79-6280. FELTINGTON v. MOVING PICTURE MACHINE OPERATORS UNION LOCAL 306 OF I.A.T.S.E. ET AL. C. A. 2d Cir. Certiorari denied.

No. 79-6282. MOORE v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 79-6287. PORTER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.